# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144238

HAFEZ M. BAZZI,
        Plaintiff-Appellee,

v

ANNE ELIZABETH MACAULAY,
        Defendant-Appellant.

_____

SC: 144238
COA: 299239
Oakland CC: 2009-762325-DP

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk